**Dismissed and Memorandum Opinion filed September 19, 2019.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-19-00322-CV

---

### GLADYS AGUINO, Appellant

### V.

### HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-FM2, ASSET-BACKED PASS-THROUGH CERTIFICATES, Appellees

---

**On Appeal from the 269th District Court
Harris County, Texas
Trial Court Cause No. 2018-12720**

---

### MEMORANDUM OPINION

This appeal is from a judgment signed March 5, 2019. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On July 11, 2019, this court notified all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid

or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Wise and Hassan.